UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MYRISHA SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-cv-0251 JPH-DML |
| ) | |
| COLLINS MOBILE, LLC, ) | |
| ) | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Myrisha Smith and Defendant Collins Mobile, LLC, by counsel, submit their Joint Stipulation of Dismissal, with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties respectfully request this Court dismiss the above-captioned action, with prejudice, and with each party to bear their own fees and costs.

WHEREFORE, the parties, respectfully seek an order dismissing this matter with prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ John Panico* (with permission) | */s/ Michael W. Padgett* |
| John Robert Panico [24039-48] | Michael W. Padgett |
| PANICO LAW LLC | Michael C. Mohler |
| 9465 Counselors Row, Suite 200 | 211 N. Pennsylvania St., Suite 1700 |
| Indianapolis, IN 46240 | Indianapolis, IN 46204 |
| (317) 759-7464 (t) | Phone: (317) 489-6930 |
| (317) 805-2743 (f) | Fax:    (317) 489-6931 |
| Panico.avoue@gmail.com | Email: michael.padgett@jacksonlewis.com |
| | michael.mohler@jacksonlewis.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December 2020, I filed the foregoing electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>John Robert Panico
>PANICO LAW LLC
>9465 Counselors Row, Suite 200
>Indianapolis, IN 46240

>>*/s/ Michael W. Padgett*
>>Michael W. Padgett

4815-2111-9699, v. 1